1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Larissa Zagorsky-Beaudoin
P.O. Box 36363
Phoenix, AZ 85067
602-554-8377
lzb1946@gmail.com
Plaintiff, In Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Larissa Zagorsky-Beaudoin, legal or beneficial owner
of deceased David A. Beaudoin's  Estate, and his 1/3
exclusive copyright ownership interest in "All Night
Long" musical work;

Plaintiff,

v.

Warner Music Group Inc., a Delaware corp.; Rhino
Entertainment Company, a Delaware corp.; Music
Reports, Inc., a Delaware corp.; W.B. Colitre, V.P.
and General Counsel for Music Reports, Inc.; Amazon.
com, Inc., a Delaware corp.; Apple Inc. (iTUNES), a
California corp.; Myspace Music LLC, a Delaware corp.;
Pam Lueneburg aka Pam Barnes, Rhino Ent. Co. V.P.
Pub. Admin.; Brian Oppenheimer, Project Supervisor
for Music Reports, Inc.; Atlantic Recording Corporation,
a Delaware corp.; John Cosenza, V.P. Royalty and
Income Tracking for WMG; Emusic.com Inc., a
Delaware corp.; Pandora Media, Inc., a Delaware corp;
Microsoft Corporation, a Delaware corp. with companies
Zune and Xbox Music; Kris Ahrend, Rhino Ent. Co. Sr.
V.P. Bus. and Legal Affairs; Ebay Inc., a Delaware corp.;

Defendants,

**Civil Action No: CV-18-03031-PHX-JAT**

**PLAINTIFF'S OPPOSITION TO PANDORA
OVER-DUE REPLY (DOC. 146), AND
FAILURE TO COMPLY WITH REQUIRED
CERTIFICATES BEFORE FILING MTD
(DOCS. 102 & 146) REQUIRING DOCS TO
BE STRICKEN AND NOT CONSIDERED;
AND REQUEST FOR SANCTIONS
AGAINST COUNSEL FOR OATH
VIOLATIONS UPON ADMISSIONS TO
THE BAR OF THIS COURT**

Plaintiff hereby opposes Co-Defendant, Pandora Media Inc.(aka LLC) ("Pandora") overdue reply
(Doc. 146 filed 5/13/19) to Plaintiff's opposition responsive memorandum (Doc. 132 filed 4/26/19). First,
in violation of LRCiv 7.2, Pandora "shall have seven (7) days after service of the responsive memoran-
dum to file a reply memorandum," . . . which it failed to meet. Second, Plaintiff moves the Court for
Pandora's motions to dismiss Complaint (Docs. 102 & 146) to be stricken, and not considered due to

violation of required certificates notifying Plaintiff before filing motions to dismiss (LRCiv. 12(b)(c)).

<u>Third</u>, Plaintiff moves this Court for sanctions against Counsel, Sean P. Healy, and Brian J. Hembd, for oath violations upon admission to the bar of this Court, without just cause, on the Court's own iniative (LRCiv 83.1(a)(f)(1)(A)(2)).

Plaintiff also respectfully requests the Court grant Doc. 132 in its entirety titled as follows:

"OPPOSITION TO CO-DEFENDANT, PANDORA'S JOINDER MOTION TO DISMISS, AND BY COURT'S INHERENT POWER ORDER INJUNCTIVE RELIEF RE "ALL NIGHT LONG"; SANCTIONS FOR FRAUD UPON THE COURT VITIATING ENTIRE PROCEEDING; STATUTORY DAMAGES FOR "WILLFUL" CRIMINAL INFRINGE-MENTS; FOR RICO RACKETEERING; EXEMPLARY AND/OR PUNITIVE DAMAGES TO DETER SUCH CONDUCT; AND REFER COUNSEL TO STATE BAR FOR 'WILLFUL' VIOLATION OFABA RULE 4.1 CAUSE FOR DISBARMENT/SUSPENSION."

The Supreme Court declared: . . . "A court of the United States, sitting as a court of law, has an equitable power over its own process to prevent abuse, oppression, and injustice, . . . *Gumbel v. Pitkin*, 124 U.S. 131(1888).

Dated: May 16, 2019

Respectfully Submitted,

/s/ Larissa Zagorsky-Beaudoin
Larissa Zagorsky-Beaudoin
P.O. Box 36363
Phoenix, AZ 85067
602-554-8377
lzb1946@gmail.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on May 16, 2019, the foregoing Plaintiff's "*OPPOSITION TO PANDORA OVER-DUE REPLY (DOC. 146), AND FAILURE TO COMPLY WITH REQUIRED CERTIFI-CATES BEFORE FILING MTD (DOCS. 102 & 146) REQUIRING DOCS TO BE STRICKEN AND NOT CONSIDERED; AND REQUEST FOR SANCTIONS AGAINST COUNSEL FOR OATH VIOLATIONS UPON ADMISSIONS TO THE BAR OF THIS COURT (LRCiv 83.1)*" was electronically transmitted to the Clerk of the Court using the CM/ECF system, who will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Larissa Zagorsky-Beaudoin