**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larissa Zagorsky-Beaudoin, | No. CV-18-03031-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Rhino Entertainment Company, Music Reports Incorporated, W B Colitre, Amazon.com Incorporated, Apple Incorporated, MYSPACE Music LLC, Slacker Inc., Brilliant Digital Entertainment Inc., Pam Lueneburg, Brian Oppenheimer, Atlantic Recording Corporation, John Cosenza, EMusic.Com Incorporated, Pandora Media Incorporated, Microsoft Corporation, Kris Ahrend, eBay Incorporated, Heartland Music.com, Import CDs Incorporated, Warner Music Group Incorporated, and Unknown Parties, | |
| Defendants. | |

The Court has received back the Marshal's form showing the failed attempt at serving Defendant John Cosenza. (Doc. 159). The Court has recounted the status of service in this case previously. (Docs. 78 and 103).

Prior to the attempted service by the Marshals, Plaintiff sent Mr. Cosenza a request

1  to waive service. (Doc. 27 at 1). This request was signed for by P. Chino. (Doc. 27 at 16).
2  The Court does not know if this request for waiver ever reached Defendant Cosenza, but
3  regardless he did not return it.
4        The deadline for completing service in this case was March 25, 2019. (Doc. 22). As
5  indicated above, service on Mr. Cosenza has not been completed by waiver or by personal
6  service by the Marshals (Doc. 159). Accordingly,
7        **IT IS ORDERED** that Defendant John Cosenza is dismissed, without prejudice.
8        Dated this 25th day of June, 2019.

*James A. Teilborg*
Senior United States District Judge

- 2 -