|   |   |
|---|---|
| Larissa Zagorsky-Beaudoin,<br><br>    Plaintiff,<br><br>v.<br><br>Rhino Entertainment Company, et al.,<br><br>    Defendants. | **NO. CV-18-03031-PHX-JAT**<br><br>**JUDGMENT IN A CIVIL CASE** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 9, 2019, judgment is entered in favor of defendants Warner Music Inc., Rhino Entertainment Company, Atlantic Recording Corporation, Amazon.com, Inc., Microsoft Corporation, Pamela Lueneburg, Kris Ahrend, Music Reports, Inc., W.B. Colitre, Brian Oppenheimer, Apple Inc., Myspace Music LLC, Pandora Media, LLC, and eMusic.com, Inc. with prejudice as to the issue of whether personal jurisdiction exists in Arizona through the date of the filing of the complaint, but without prejudice as to the underlying merits of the case. Judgment is entered in favor of defendant eBay Inc. All claims against Defendant eBay are dismissed with prejudice.

1 | Brian D. Karth
2 | District Court Executive/Clerk of Court
3 | September 9, 2019
4 | By s/ S. Quinones
  |    Deputy Clerk